IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL A. PERSAUD,<br>**Petitioner** | No. 1:22-CV-1040 |
| | (Judge Munley) |
| v. | |
| SUPERINTENDENT KLINEFELTER,<br>**Respondent** | |

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner Michael A. Persaud's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED**.

2. A certificate of appealability shall not issue, as Persaud has not made a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c)(2).

3. The Clerk of Court is directed to CLOSE this case.

Date: 11/29/23

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court